DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MCCORMICK 105, LLC,**
Appellant,

v.

**DONALD MILLER,**
Appellee.

No. 4D19-3619

[March 18, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Susan Lubitz, Senior Judge; L.T. Case No. 2016CA006224.

Andrew Fulton, IV of Kelley, Fulton & Kaplan, P.L., West Palm Beach, for appellant.

Jonathan Kline of Jonathan Kline, P.A., Weston, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., MAY and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***